**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1812**

---

KAMRAN TAVAKOLI-NOURI,

Plaintiff - Appellant,

versus

NAZANIN MEHDIZADEH, a/k/a Nina Farhadi, a/k/a
Sakineh N. Tavakoli-Nori; NOSRAT GHORBANKHANI,
a/k/a Nancy Tavakoli; HAMID MEHDIZADEH,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-78-2)

---

Submitted: September 19, 2002      Decided: September 27, 2002

---

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kamran Tavakoli-Nouri, Appellant Pro Se. William Mark Gruel,
WILLIAM MARK GRUEL, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kamran Tavakoli-Nouri appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Tavakoli-Nouri v. Mehdizadeh</u>, No. CA-02-78-2 (E.D. Va. filed July 19, 2002 & entered July 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>